# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF K.M.M.J.

NO. 2025 CW 1007

**OCTOBER 15, 2025**

---

In Re:     Joli Jean Stevens, applying for supervisory writs,
           Juvenile Court, Parish of East Baton Rouge, No. 2022-
           CC-0002.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide a copy of the pertinent court minutes from the August 5, 2025 hearing in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(10). The court further directs relator to provide a copy of the transcripts of the hearings on August 5, 2025 and September 12, 2025, so this court may determine what evidence, if any, was admitted at the hearings, if any new application is filed.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before November 14, 2025 and must contain a copy of this ruling.

                    **MRT**
                    **AHP**
                    **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT